IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE HARRIS, | No. C-14-4868 MMC |
|     Plaintiff, | **ORDER DISMISSING ACTION** |
|   v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | |
|     Defendants. | |

By order filed January 6, 2015, the Court dismissed plaintiff Desiree Harris's complaint, with leave to amend no later than January 30, 2015. Plaintiff has not filed an amended complaint within the time provided.

Accordingly, the above-titled action is hereby DISMISSED and the Clerk of Court is directed to close the file.

**IT IS SO ORDERED**

Dated: February 4, 2015

                                          MAXINE M. CHESNEY
                                          United States District Judge